IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA M. COX,** : |
|          **Plaintiff,** : |
| : |
|    v. : | Civ. No. 16-5434 |
| : |
| **NANCY A. BERRYHILL, Acting** : |
| **Commissioner of Social Security,** : |
|          **Defendant.** : |

## JUDGMENT

**AND NOW**, this 18th day of December, 2018, after careful and independent review of Plaintiff's Complaint (Doc. No. 3), Defendant's Answer (Doc. No. 8), the administrative record (Doc. No. 9), Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Doc. No. 12), Defendant's Response (Doc. No. 15), Plaintiff's Reply (Doc. Nos. 16, 17), Magistrate Judge Perkin's Report and Recommendation (Doc. No. 20), Plaintiff's Objections (Doc. No. 21), and Defendant's Response (Doc. No. 25), it is hereby **ORDERED** that:

1. Plaintiff's Objections (Doc. No. 21) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 20) is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review (Doc. No. 12) is **DENIED**; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

                                       **AND IT IS SO ORDERED.**

                                       */s/ Paul S. Diamond*

                                       _____

                                       Paul S. Diamond, J.